Opinion filed May 1, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed May 1, 2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00072-CV

                                                    __________

 

                  TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

 

                                                             V.

 

                 BONNIE
HERNANDEZ AND KAREN OLIVER , Appellees

 



 

                                         On
Appeal from the 238th District Court

 

                                                         Midland
County, Texas

 

                                                 Trial
Court Cause No. CV44456

 



 

                                             M
E M O R A N D U M   O P I N I O N

Appellant
has filed in this court a motion to dismiss its appeal.  In the motion,
appellant states that it no longer wishes to pursue this appeal.  The motion is
granted, and the appeal is dismissed.

 

PER CURIAM

 

May 1, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.